| | |
|---|---|
| Robert Gutierrez/NYSD/02/USCOURTS<br>11/01/2004 11:04 AM | To  Christine Patch/MAD/01/USCOURTS@USCOURTS<br>cc<br>bcc<br>Subject  CIVIL DOCKET FOR CASE #: 1:04-cv-06054-BSJ-KNF |

ECF, CASREF

# New York Southern District
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-06054-BSJ-KNF
### Internal Use Only

The City of New York v. Abbott Laboratories, Inc.  Date Filed: 08/04/2004
Assigned to: Judge Barbara S. Jones                Jury Demand: Plaintiff
Referred to: Magistrate Judge Kevin Nathaniel Fox  Nature of Suit: 890 Other Statutory Actions
Cause: 42:1396 - Tort Negligence                   Jurisdiction: Federal Question

**Plaintiff**

---

**The City of New York**          represented by **Aaron D. Hovan**
                                  Kirby McInerney & Squire, LLP
                                  830 Third Avenue, 10th Floor
                                  New York, NY 10022
                                  212 317-2300
                                  Fax: 212 751-2540
                                  Email: ahovan@kmslaw.com
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

                                  **Joanne M Cicala**
                                  Kirby McInerney & Squire, LLP
                                  830 Third Avenue, 10th Floor
                                  New York, NY 10022
                                  (212) 317-2300
                                  Fax: (212) 751-2540
                                  Email: jcicala@kmslaw.com
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

                                  **John Rudolf Low-Beer**
                                  New York City Law Department Off. of the

Corporation Counsel
100 Church Street
New York, NY 10007
212 788-1007
Fax: 212 788-1633
Email: jlowbeer@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Costa**
NYC Law Department, Office of the
Corporation Counsel
100 Church Street
New York, NY 10007
(212) 788-1600
Fax: (212) 788-1633
Email: rcosta@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**
Kirby, McInerney & Squire, L.L.P.
830 Third Avenue
10th Floor
New York, NY 10022
(212) 317-2300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------
**Abbott Laboratories, Inc.**

**Alcon Laboratories, Inc.**

**Allergan, Inc.**

**Alpharma, Inc.**

**Amgen, Inc.**

**Andrx Corp.**

Astrazeneca Pharmaceuticals L.P.,

Aventis Pharmaceuticals Inc.

Barr Laboratories, Inc.

Bayer Corp.

Ben Venue Laboratories, Inc.

Biovail Pharmaceuticals, Inc.

Boehringer Ingelheim Corp.

Boehringer Ingelheim Pharmaceuticals, Inc.

Bristol-Myers Squibb Company

Dermik Laboratories, Inc.

Dey Inc.

Eisai, Inc.

Eli Lilly and Company

Endo Pharmaceuticals, Inc.

Ethex Corp.

Forest Laboratories, Inc.

Forest Pharmaceuticals, Inc.,

Fujisawa Healthcare, Inc.

Fujisawa USA, Inc.

Genzyme Corp.

Gilead Sciences, Inc.,

**Glaxosmithkline PLC,**

**Hoffman-La Roche, Inc.**

**Immunex Corp.**

**Ivax Corp.**

**Ivax Pharmaceuticals, Inc.,**

**Janssen Pharmaceutica Products, LP**

**Johnson & Johnson**

**McNeil-PPC, Inc.**

**King Pharmaceuticals, Inc.**

**Medimmune, Inc.,**

**Merck & Co., Inc.**                        represented by **John Michael Townsend**
Hughes Hubbard & Reed LLP(Washington DC)
1775 I Street, N.W., Suite 600
Washington, DC 20006
202-721-4600
Fax: 202-721-4646
Email: townsend@hugheshubbard.com
*ATTORNEY TO BE NOTICED*

**Robert Bruce Funkhouser**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
202 721-4780
Fax: 202 721-4646
Email: funkhous@hugheshubbard.com
*ATTORNEY TO BE NOTICED*

**Monarch Pharmaceuticals, Inc.**

**Mylan Laboratories, Inc.**

**Mylan Pharmaceuticals, Inc.**

Novartis Pharmaceuticals Corp.

Novo Nordisk Pharmaceuticals, Inc.

Oncology Therapeutics Network Corp.

Organon USA

Ortho Biotech Products LP

Ortho-McNeil Pharmaceutical, Inc.

Par Pharmaceutical, Inc.

Purdue Pharma L.P.

Purepac Pharmaceutical Co.

Reliant Pharmaceuticals

Roche Labs

Roxane Laboratories Inc.

Sandoz, Inc.

Sanofi-Synthelabo, Inc.,

Schein Pharmaceutical, Inc.

Scherling Plough Corp.

Serono, Inc.

Smithklinebeecham Corp. Glaxosmithkline

Takeda Pharmaceuticals North America, Inc.

Tap Pharmaceutical Products, Inc.

Teva Pharmaceutical Industries, Ltd.

UDL Laboratories, Inc.

Warrick Pharmaceuticals Corporation

Watson Pharmaceuticals, Inc.

Watson Pharma, Inc.

Wyeth

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2004 | 1 | COMPLAINT against Abbott Laboratories, Inc., Alcon Laboratories, Inc., Allergan, Inc., Alpharma, Inc., Amgen, Inc., Andrx Corp., Astrazeneca Pharmaceuticals L.P.,, Aventis Pharmaceuticals Inc., Barr Laboratories, Inc., Bayer Corp., Ben Venue Laboratories, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Myers Squibb Company, Dermik Laboratories, Inc., Dey Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc.,, Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genzyme Corp., Gilead Sciences, Inc.,, Glaxosmithkline PLC,, Hoffman-La Roche, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc.,, Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, Inc., McNeil-PPC, Inc., Medimmune, Inc.,, Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon USA, Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Purdue Pharma L.P., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Labs, Roxane Laboratories Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc.,, Schein Pharmaceutical, Inc., Scherling Plough Corp., Serono, Inc., Smithklinebeecham Corp. Glaxosmithkline, Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical |

| | | |
|---|---|---|
| | | Industries, Ltd., UDL Laboratories, Inc., Warrick Pharmaceuticals Corporation, Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth. (Filing Fee $ 150.00, Receipt Number 515948)Document filed by The City of New York.(jjm, ) Additional attachment(s) added on 8/6/2004 (jjm, ). (Entered: 08/06/2004) |
| 08/04/2004 | | Magistrate Judge Kevin N. Fox is so designated. (jjm, ) (Entered: 08/06/2004) |
| 08/04/2004 | | Case Designated ECF. (jjm, ) (Entered: 08/06/2004) |
| 08/27/2004 | 2 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge Kevin N. Fox for general pretrial. (Signed by Judge Barbara S. Jones on 8/26/04) (cd, ) Modified on 9/7/2004 (ae, ). (Entered: 08/27/2004) |
| 09/01/2004 | 3 | NOTICE of Appearance by John Michael Townsend on behalf of Merck & Co., Inc. (Townsend, John) (Entered: 09/01/2004) |
| 09/01/2004 | 4 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Merck & Co., Inc..(Townsend, John) (Entered: 09/01/2004) |
| 09/01/2004 | 5 | NOTICE of Appearance by Robert Bruce Funkhouser on behalf of Merck & Co., Inc. (Funkhouser, Robert) (Entered: 09/01/2004) |
| 09/10/2004 | 6 | STIPULATION AND ORDER, that the time to answer for all defts who have been served with process or have waived service of process, the time to answer shall be extended 60 days after the posting on Verilaw of Judge Saris' decision on the Suffolk defts' motion to dismiss the Suffolk Amended Complaint. (Signed by Judge Kevin Nathaniel Fox on 9/10/04) (cd, ) (Entered: 09/13/2004) |
| 10/04/2004 | 7 | STIPULATION AND ORDER, that deft Organon's time to answer the complaint shall be extended until 60 days after the posting on Verilaw of Judge Saris' decision on the Suffolk County action. (Signed by Judge Kevin Nathaniel Fox on 9/17/04) (cd, ) (Entered: 10/05/2004) |