### United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date:   11/30/04

City of New York –v– Abbott Labs, Inc.

DOCKET NO.   04-cv-6054 (BSJ)

Dear Sir/Madam,

Pursuant to an Order of this Court, the above-entitled action is transferred to United States District Court for the District of Massachusetts. The papers enclosed herewith constitute the complaint in this action. A certified copy of the Order of Transfer is included in lieu of the original, which is retained in our files.

The enclosed copy of this letter is for your convenience in acknowledging receipt of the file.

*As per the coversheet we are sending you the entire file along w/ a copy of the letter of acknowledgment. GF.*

Yours truly,
J. Michael McMahon, Clerk of Court
Gladys Fusco
Deputy Clerk

*Your Copy*

Federal Express:  8434 1350 4564

**RECEIPT IS ACKNOWLEGED OF THE DOCUMENTS DESCRIBED HEREIN AND ASSIGNED CASE NUMBER:**

CASE # _____ ON DATE: _____

CASE TRANSFERRED OUT FORM