UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 Civil Action No. 04-CV-12264-PBS |
| THIS DOCUMENT RELATES TO: | ) ) | Judge Patti B. Saris |
| *City of New York  v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. 04-CV-06054 | ) ) ) ) ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF PAUL K. DUEFFERT, ESQ.**

Stephen R. Delinsky, a member of the law firm of Eckert Seamans Cherin & Mellott, LLC, and a member in good standing of the bar of this Court, respectfully requests that this Court, pursuant to Local Rule 83.5.3, enter an Order authorizing Paul K. Dueffert to appear *pro hac vice* in the above-captioned case on behalf of Defendant, Par Pharmaceutical, Inc.  In support of this Motion, I submit as follows:

(1)     Defendant, Par Pharmaceutical, Inc. is a defendant in the above-captioned matter;

(2)     Defendant, Par Pharmaceutical, Inc. has retained Paul K. Dueffert, a partner in the law firm of Williams & Connolly LLP, to represent its interest in this proceeding;

(3)     Mr. Dueffert has executed a Certificate in accordance with Local Rule 83.5.3, which is attached hereto.

(4)     In accordance with Local Rule 7.1, I have conferred with Counsel for Plaintiff and Plaintiff does not oppose the Motion.

WHEREFORE, I respectfully request that this Court enter an Order authorizing the admission *pro hac vice* of Paul K. Dueffert.

Respectfully Submitted,

By: _____

Stephen R. Delinsky  (BBO #119120)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA  02110
Telephone:  617.342.6800
Facsimile:  617.342.6899

Dated:  December ____, 2004

2