UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*City of New York v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. 04-CV-06054 | MDL No. 1456<br><br>Civil Action No.<br>04-CV-12264-PBS<br><br>Judge Patti B. Saris |

## CERTIFICATE OF PAUL K. DUEFFERT, ESQ.

I, Paul K. Dueffert, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am a member in good standing of the Bars of the District of Columbia, Pennsylvania, Missouri, and Minnesota, the United States District Courts for the District of Columbia, Northern District of New York, and District of Arizona, and the United States Courts of Appeals for the Eighth and Ninth Circuits.

2. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Signed under the pains and penalties of perjury, this 28th day of December 2004.

_____
Paul K. Dueffert, Esq.