UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br><br>Civil Action No.<br>04-CV-12264-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| *City of New York v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. 04-CV-06054 ) ) ) ) | |

### NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5.2(a), notice is given of the appearances of Richard M. Cooper and Paul K. Dueffert of the law firm of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005, (202) 434-5000, as counsel of record on behalf of Defendant Par Pharmaceutical, Inc. in the above-captioned matter.

Respectfully Submitted,

By: _____
Richard M. Cooper (*pro hac vice*)
DC Bar # 092817
rcooper@wc.com
Paul K. Dueffert (*pro hac vice*)
DC Bar # 435452
pdueffert@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Dated: December 28, 2004