UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action No.<br>04-CV-12264-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*City of New York v. Abbott Laboratories, Inc., et al.*, S.D.N.Y. Case No. 04-CV-06054 | Judge Patti B. Saris |

### NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5.2(a), please enter the appearances of Robert J. Muldoon, Jr. (rjmuldoon@sherin.com), James W. Matthews (jwmatthews@sherin.com), and Katy E. Koski (kekoski@sherin.com) as counsel of record for defendant Andrx Corporation.

    /s/ James W. Matthews
Robert. J. Muldoon, Jr. BBO# 359480
James W. Matthews BBO# 560560
Katy E. Koski BBO# 650613
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
T: (617) 646-2000
F: (617) 646-2222

Dated: January 7, 2005