UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Judge Patti B. Saris<br><br>04cv12264 |

### NOTICE OF APPEARANCE FOR DEFENDANT
### ENDO PHARMACEUTICALS, INC., ADMISSION *PRO HAC VICE*

The following submission for admission *pro hac vice* is made pursuant to Case Management Order No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Attached is an Affidavit in Support of Application for Admission *Pro Hac Vice* of Jonathan L. Stern as counsel for Endo Pharmaceuticals, Inc. in this action.

Dated: January 4, 2005
Washington, DC.

Respectfully submitted,

JONATHAN L. STERN
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202)942-5018 (phone)
(202)942-5999 (fax)

*Attorney for defendant Endo Pharmaceuticals, Inc.*