UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |

AFFIDAVIT OF JONATHAN L. STERN IN
SUPPORT OF ADMISSION *PRO HAC VICE*

I, Jonathan L. Stern, hereby certify pursuant to Case Management Order No. 1, section V, entered in the above captioned action that:

1. I am a partner at the firm of Arnold and Porter LLP, attorneys for Endo Pharmaceuticals, Inc., in the above captioned action.

2. I am a member in good standing of the bar of the United States District Court for the District of Columbia.

3. I have never been the subject of a professional disciplinary proceeding.

Jonathan L. Stern

CITY OF WASHINGTON        )
                          ) SS:
DISTRICT OF COLUMBIA      )

SWORN TO BEFORE ME and subscribed in my presence this 4th day of January 2005.

NOTARY PUBLIC

My Commission Expires:
My commission expires on September 30, 2006