## CERTIFICATE OF SERVICE

I, David D. Fauvre, hereby certify that on this 5th day of January, 2005, I caused a true and correct copy of the NOTICE OF APPEARANCE FOR DEFENDANT ENDO PHARMACEUTICALS, INC., ADMISSION *PRO HAC VICE*, and AFFIDAVIT OF JONATHAN L. STERN IN SUPPORT OF ADMISSION *PRO HAC VICE* to be served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

_____
Jonathan L. Stern