UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>THE CITY OF NEW YORK,<br><br>                Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., *et al.*,<br><br>                Defendants. | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Judge Patti B. Saris<br>Civil Action No. 04-CV-12264<br><br>No. 1:04-cv-06054-BSJ-KNF |

### NOTICE OF APPEARANCE FOR DEFENDANT
### ETHEX CORP., ADMISSION *PRO HAC VICE*

The following submission for admission *pro hac vice* is made pursuant to Case Management Order No. 1, section V., paragraph 16.

Attached is an Affidavit of Good Standing in support of application for admission *pro hac vice* of Robert S. Litt as counsel for ETHEX Corp. in this action.

Dated: January 7, 2005
       Washington, D.C.

Respectfully submitted,

_____
ROBERT S. LITT

ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000 (telephone)
(202) 942-5999 (facsimile)

*Attorneys for defendant ETHEX Corp.*