UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | Master File No.: 01-12257-PBS<br>Judge Patti B. Saris<br>*Civil Action No. 04-CV-12264* |
| THE CITY OF NEW YORK,<br><br>               Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., *et al.*,<br><br>               Defendants. | No. 1:04-cv-06054-BSJ-KNF |

**AFFIDAVIT OF GOOD STANDING OF
ROBERT S. LITT IN SUPPORT OF ADMISSION *PRO HAC VICE***

       I, Robert S. Litt, hereby certify pursuant to Case Management Order No. 1, entered in the above captioned action that:

       1.       I am a partner with the firm of Arnold & Porter LLP, attorneys for ETHEX Corp. in the above captioned action.

       2.       I am a member in good standing of the bar of the United States District Court for the District of Columbia.

       3.       I have never been the subject of a professional disciplinary proceeding.

                                                              Robert S. Litt

Dated: January 7, 2005

# United States District Court for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## ROBERT  S.  LITT

was, on the __2nd__ day of __July__ A.D. __1984__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __6th__ day of __January__, A.D. 2005.

NANCY M. MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I, Robert N. Feldman, counsel Ethex Corp., do hereby certify that on this day of January 7, 2005, I caused to be served a true copy of the foregoing documents upon all parties by Verilaw to all counsel of record.

Robert N. Feldman, Esq.