UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> THE CITY OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES, INC., *et al.*, <br><br> Defendants. | MDL NO. 1456 <br><br> Master File No.: 01-12257-PBS <br> Judge Patti B. Saris <br> Civil Action No. 04-CV-12264 <br><br> No. 1:04-cv-06054-BSJ-KNF |

**NOTICE OF APPEARANCE FOR DEFENDANT
ETHEX CORP., ADMISSION *PRO HAC VICE***

The following submission for admission *pro hac vice* is made pursuant to Case Management Order No. 1, section V., paragraph 16.

Attached is an Affidavit of Good Standing in support of application for admission *pro hac vice* of Justin S. Antonipillai as counsel for ETHEX Corp. in this action.

Dated: January 7, 2005
Washington, D.C.

Respectfully submitted,

_____
JUSTIN S. ANTONIPILLAI

ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000 (telephone)
(202) 942-5999 (facsimile)

*Attorneys for defendant ETHEX Corp.*