**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ORIGINAL

IN CLERKS OFFICE

2005 JAN 20  A 11: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

-------------------------------------------------------X

THE CITY OF NEW YORK       :

                Plaintiff,       :      04 CV 12264 PBS

    - against -       :

ABBOTT LABORATORIES, INC.,
ALCON LABORATORIES, INC.,
ALLERGAN, INC., ALPHAMARA INC.,   :
et al.

               Defendants.      :

-------------------------------------------------------X

# AFFFIDAVITS OF SERVICE

KIRBY McCINERNEY & SQUIRE LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

THE CITY OF NEW YORK

# ECF CASE

## SUMMONS IN A CIVIL CASE

**V.**

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC.,et al.
(SEE ATTACHED )

CASE NUMBER:

## 04 CV 06054

TO: (Name and address of defendant)

(SEE ATTACHED)

## JUDGE JONES

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger W. Kirby, Joanne M. Cicala &
Aaron Hovan, Esq
Kirby McInerney & Squire, LLP.
830 Third Avenue, 10 Floor
New York, New York 10022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 04 2004

CLERK

_Jessica Rose_

DATE

(BY) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served: _____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐   Returned unexecuted: _____
_____
_____
_____

☐   Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                                Signature of Server

                                              _____
                                                Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| **DEFENDANT** | **COUNTY** |
|---|---|
| ABBOTT LABORATORIES, INC.<br>100 Abbott Park Road<br>Abbott Park, Illinois | Lake County |
| ALCON LABORATORIES, INC.<br>6201 S. Freeway (T1-3)<br>Fort Worth, TX, 76115 | Tarrant County & Denton County |
| ALLERGAN, INC.<br>2525 Dupont Drive<br>Irvine, CA 92612 | Orange County |
| ALPHARMA, INC.<br>One Executive Drive<br>Fort Lee, NJ 07024 | Bergen County |
| AMGEN, INC.<br>One Amgen Drive<br>Thousand Oaks, CA 91320-1799 | Ventura County |
| ANDRX CORP.<br>4955 Orange Drive<br>Davie, FL 33314 | Broward County |
| ASTRAZENECA<br>1800 Concord Pike<br>Wilmington, DE 19850-5437 | New Castle County |
| AVENTIS PHARMACEUTICALS INC.<br>300-400 Somerset Corporate Boulevard<br>Bridgewater, NJ 08807-2854 | Somerset County |
| BARR LABORATORIES, INC.<br>2 Quaker Road<br>P.O. Box 2900<br>Pomona, NY 10970-0519 | Rockland County |
| BAYER CORP.<br>100 Bayer Road<br>Crafton, PA 15205-9741 | Allegheny County |
| BEN VENUE LABORATORIES, INC.<br>300 Northfield Road<br>Bedford, OH 44146 | Cuyahoga County |

**DEFENDANT**                                    **COUNTY**

BIOVAIL PHARMACEUTICALS, INC.
7150 Mississauga Road
Mississauga, Ontario
CANADA  L5N 8M5

BOEHRINGER INGELHEIM CORP.              Fairfield County
P.O. Box 368
900 Ridgebury Rd.
Ridgefield, CT 06877

BOEHRINGER INGELHEIM PHARMACEUTICALS,   Fairfield County
INC.
P.O. Box 368
900 Ridgebury Rd.
Ridgefield, CT 06877

BRISTOL-MYERS SQUIBB COMPANY            Manhattan County
345 Park Avenue
New York, NY 10154-0037

DERMIK LABORATORIES, INC.               Chester County
1050 Westlakes Drive
Berwyn, PA 19312

DEY INC.                                Napa County
2751 Napa Valley Corporate Drive
Napa, CA 94558

EISAI, INC.                             Bergen County
500 Frank W. Burr Boulevard
Teaneck, NJ 07666

ELI LILLY AND COMPANY                   Marion County
Lilly Corporate Center
Indianapolis, IN 46285

ENDO PHARMACEUTICALS, INC.              Delaware County
100 Painters Drive
Chadds Ford, PA 19317

| **DEFENDANT** | **COUNTY** |
|---|---|

ETHEX CORP.
10888 Metro Court
St. Louis, MO

St. Louis County & St. Louis City

Listed as:
Maryland Heights, MO 63043 in St. Louis City

FOREST LABORATORIES, INC.
909 Third Ave
New York, NY 10022

Manhattan County

FOREST PHARMACEUTICALS, INC.
13600 Shoreline Drive
St. Louis, MS 63045

St. Louis County & St. Louis City

FUJISAWA HEALTHCARE, INC.
Three Parkway North
Deerfield, IL 60015

Lake County

FUJISAWA USA, INC.
Three Parkway North
Deerfield, IL 60015

Lake County

GENZYME CORP.
500 Kendall Street
Cambridge, MA 02142

Middlesex County

GILEAD SCIENCES, INC.
333 Lakeside Drive
Foster City, CA, 94404

San Mateo County

GLAXOSMITHKLINE PLC
980 Great West Road
Brentford, Middlesex, EN
TW8 9 U.K

HOFFMAN-LA ROCHE, INC.
340 Kingsland Street
Nutley, NJ 07110-1199

Essex County

IMMUNEX CORP.
51 University Street
Seattle, WA 98101

King County

## DEFENDANT

## COUNTY

IVAX CORP.
4400 Biscayne Blvd.
Miami, FL 33137

Miami-Dade County

IVAX PHARMACEUTICALS, INC.
4400 Biscayne Blvd.
Miami, FL 33137

Miami-Dade County

JANSSEN PHARMACEUTICA PRODUCTS LP
1125 Trenton-Harbourton Road
Titusville, NJ 08560

Mercer County

JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Middlesex County

KING PHARMACEUTICALS, INC.
501 Fifth St.
Bristol, TN 37620

Sullivan County

MCNEIL-PPC, INC.
7050 Camp Hill Road
Fort Washington, PA 19034

Montgomery County

MEDIMMUNE, INC.
One Medimmune Way
Gaithersburg, MD 20878

Montgomery County

MERCK & CO., INC.
One Merck Drive
P.O. Box 100
Whitehouse Station, NJ 08889-0100

Hunterdon County

MONARCH PHARMACEUTICALS, INC.
501 Fifth Street
Bristol, TN 37620

Sullivan County

MYLAN LABORATORIES, INC.
1500 Corporate Drive
Suite 400
Canonsburg, PA 15317

Washington County

| **DEFENDANT** | **COUNTY** |
|---|---|
| MYLAN PHARMACEUTICALS, INC.<br>1500 Corporate Drive<br>Suite 400<br>Canonsburg, PA 15317 | Washington County |
| NOVARTIS PHARMACEUTICALS CORP.<br>One Health Plaza<br>East Hanover, NJ 07936 | Morris County |
| NOVO NORDISK<br>100 College Road West<br>Princeton, NJ 08540 | Mercer County |
| ONCOLOGY THERAPEUTICS NETWORK CORP<br>395 Oyster Point Boulevard<br>Suite 405<br>South San Francisco, CA 94080 | San Mateo County |
| ORGANON USA<br>56 Livingston Ave.<br>Roseland, NJ 07068 | Essex County |
| ORTHO BIOTECH PRODUCTS LP<br>700 U.S. Highway 202<br>Raritan, NJ 08869 | Somerset County |
| ORTHO-MCNEIL PHARMACEUTICAL, INC.<br>1000 U.S. Route 202 South<br>Raritan, NJ 08869 | Somerset County |
| PAR PHARMACEUTICAL, INC.<br>One Ram Ridge Road<br>Spring Valley, NY 10977 | Rockland County |
| PURDUE PHARMA, L.P.<br>One Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT | Fairfield County |
| PUREPAC PHARMACEUTICAL CO.<br>14 Commerce Drive<br>Suite 301<br>Cranford, NJ 07016 | Union County |

**DEFENDANT**

**COUNTY**

RELIANT PHARMACEUTICALS
721 Route 202/206
Bridgewater, NJ 08807

Somerset County

ROCHE LABS
340 Kingsland Street
Nutley, NJ 07110-1199

Essex County

ROXANE LABORATORIES, INC.
1809 Wilson Rd.
Columbus, OH 43228

Franklin County

SANDOZ, INC.
506 Carnegie Center
Suite 400
Princeton, NJ 08540

Mercer County

SANOFI-SYNTHELABO, INC.
90 Park Avenue
New York, NY 10016

Manhattan County

SCHEIN PHARMACEUTICAL, INC.
311 Bonnie Circle
Corona, CA 92880

Riverside County

SCHERING-PLOUGH CORP.
2000 Galloping Hill Rd.
Kenilworth, NJ 07033

Union County

SERONO, INC.
One Technology Place
Rockland, MA 02370

Plymouth County

SMITHKLINEBEECHAM CORP. d/b/a
GLAXOSMITHKLINE
980 Great West Road
Brentford, Middlesex, EN
TW8 9 U.K

TAKEDA PHARMACEUTICALS NORTH
AMERICA, INC.
475 Half Day Road
Suite 500
Lincolnshire, IL 60069

Lake County

| **DEFENDANT** | **COUNTY** |
|---|---|
| TAP PHARMACEUTICAL PRODUCTS, INC.<br>675 North Field Drive<br>Lake Forest, IL 60045 | Lake County |
| TEVA PHARMACEUTICAL INDUSTRIES LTD.<br>1090 Horsham Rd.<br>P.O. Box 1090<br>North Wales, PA 19454 | Montgomery County |
| UDL LABORATORIES, INC.<br>1500 Corporate Drive<br>Suite 400<br>Canonsburg, PA 15317 | Washington County |
| WARRICK PHARMACEUTICALS LTD<br>12125 Moya Boulevard<br>Reno, NV 89506 | Washoe County |
| WATSON PHARMACEUTICALS, INC.<br>311 Bonnie Circle<br>Corona, CA 92880 | Riverside County |
| WATSON PHARMA, INC.<br>311 Bonnie Circle<br>Corona, CA 92880 | Riverside County |
| WYETH<br>Five Giralda Farms<br>Madison, NJ 07940 | Morris County |

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE CITY OF NEW YORK | x | |
| | : | |
| Plaintiff, | : | |
| | : | 04 CV 6054 (BSJ) |
| - against - | : | |
| | : | |
| ABBOTT LABORATORIES, INC., ALCON | : | |
| LABORATORIES, INC., ALLERGAN, INC., | : | |
| ALPHAMARA INC., et al. | : | **ACCEPTANCE OF SERVICE** |
| | : | |
| Defendants. | x | |

I, Robert Stauffer, Esq., attorney for defendant **Takeda Pharmaceuticals North America** (hereinafter "**Takeda**"), in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with: 1) the Stipulation to Extend Time to Answer or Respond Otherwise entered into between the plaintiff the City of New York and **Takeda** on September 1, 2004; and, 2) the understanding that upon the filing of an amended complaint the time for **Takeda** to answer or otherwise respond shall be extended to a reasonable date to be agreed upon between the parties.

Date: _DEC. 10, 2005_        _[signature]_

Robert R. Stauffer, Esq.
Jenner & Block LLP
One IBM Plaza
Suite 4400
Chicago, IL 60611

*Attorney for Defendants Takeda Pharmaceuticals,*
*Inc. North America, Inc.*

| | |
|---|---|
| **THE CITY OF NEW YORK** | **CLIENT:** Preemptive Process Servers, Inc. |
| Plaintiff(s), Petitioner(s) | **INDEX NO.:** 04 cv 06054 |
| *against* | **DATE OF FILING:** 8/4/2004 |
| **ABBOTT LABORATORIES, INC., ALCON LABORATORIES, INC., ALLEGRAN, INC., ALPHARMA, INC., ET AL** | **AFFIDAVIT OF SERVICE** |
| Defendant(s), Respondent(s) | |

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Rich Zechiel being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **December 3, 2004 at 1:45 PM at c/o CT Corporation Systems, One Commercial Plaza, Hartford, CT 06103,** deponent served the **Summons In A Civil Action; Complaint With Jury Trial Demand** upon **Boehringer Ingelheim Pharmaceuticals, Inc.,** (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action; Complaint With Jury Trial Demand** with **Theresa St. Amand** a person who is known to be the **Information Specialist** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action; Complaint With Jury Trial Demand**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **White** Hair: **Brown** Age(Approx): **36-50** Height(Approx): **5'0" - 5'3"** Weight(Approx): **100-130 lbs**
Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Rich Zechiel, Private Process Server

Sworn to before me on December 3, 2004

Notary Public
My Commission Expires 08/31/2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

THE CITY OF NEW YORK

              Plaintiff

Index No. 04 CV 06054

     V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.

              Defendants

--------------------------------------------------------x

STATE OF MISSOURI)
           ) ss.:
COUNTY         )

     _JOHN J. ROTH_____, being duly sworn deposes and says that:

deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

Missouri.

     On _THURSDAY_____, December _2_, 2004 approximately _12:15_ _P_.m. at

(address served) _13600 SHORELAKE DR., ST. LOUIS, MO, 63045_____,

deponent served the within Summons in a Civil Case and Complaint upon Forest

Pharmaceuticals, Inc., by delivering to and leaving with

name) _VINCENT STRAUSS_____,

(title) _MANAGER / PERSON-IN-CHARGE_, a true and correct copy of said document. At the

time of said service, (name of person served) _VINCENT STRAUSS_____ stated

that (s)he was duly authorized to accept service of legal process on behalf of Forest

Pharmaceuticals, Inc.

     (name of person served) _VINCENT STRAUSS_____ is described as a

_____ (female) approximately _30_ years of age, _170_____ lbs., _5'10"_

tall, with _BROWN_____ hair and _____.

DONNA LEE SMITH
St. Louis County
My Commission Expires
December 9, 2006

Sworn to before me this
_____ day of December, 2004

_____
Notary Public

(server) _____

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

THE CITY OF NEW YORK

## ECF CASE

### SUMMONS IN A CIVIL CASE

V.

ABBOTT LABORATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et al.
(SEE ATTACHED )

CASE NUMBER:

# 04 CV 06054

## JUDGE JONES

TO: (Name and address of defendant)

(SEE ATTACHED)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger W. Kirby, Joanne M. Cicala &
Aaron Hovan, Esq
Kirby McInerney & Squire, LLP.
830 Third Avenue, 10 Floor
New York, New York 10022
(212) 371-6600

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

J. MICHAEL McMAHON

CLERK     _Jessica Rosa_

AUG 04 2004

(BY) DEPUTY CLERK                                  DATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THE CITY OF NEW YORK,

    Plaintiff,

        v.

ABBOTT LABORATORIES, INC., ALCON LABORATORIES,
INC., ALLERGAN, INC., ALPHARMA, INC, AMGEN, INC.,
ANDRX CORP., ASTRAZENECA PHARMACEUTICALS L.P.,
AVENTIS PHARMACEUTICALS INC., BARR
LABORATORIES, INC., BAYER CORP., BEN VENUE
LABORATORIES, INC., BIOVAIL PHARMACEUTICALS,
INC., BOEHRINGER INGELHEIM CORP., BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC., BRISTOL-MYERS
SQUIBB COMPANY, DERMIK LABORATORIES, INC., DEY
INC., EISAI, INC., ELI LILLY AND COMPANY, ENDO
PHARMACEUTICALS, INC., ETHEX CORP., FOREST
LABORATORIES, INC., FOREST PHARMACEUTICALS, INC.,
FUJISAWA HEALTHCARE, INC., FUJISAWA USA, INC.,
GENZYME CORP., GILEAD SCIENCES, INC.,
GLAXOSMITHKLINE PLC, HOFFMAN-LA ROCHE, INC.,
IMMUNEX CORP., IVAX CORP., IVAX
PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA
PRODUCTS, LP, JOHNSON & JOHNSON, MCNEIL-PPC, INC.,
KING PHARMACEUTICALS, INC., MEDIMMUNE, INC.,
MERCK & CO., INC., MONARCH PHARMACEUTICALS,
INC., MYLAN LABORATORIES, INC., MYLAN
PHARMACEUTICALS, INC., NOVARTIS
PHARMACEUTICALS CORP., NOVO NORDISK
PHARMACEUTICALS, INC., ONCOLOGY THERAPEUTICS
NETWORK CORP., ORGANON USA, ORTHO BIOTECH
PRODUCTS LP, ORTHO-MCNEIL PHARMACEUTICAL, INC.,
PAR PHARMACEUTICAL, INC., PURDUE PHARAMA, L.P.,
PUREPAC PHARMACEUTICAL CO., RELIANT
PHARMACEUTICALS, ROCHE LABS, ROXANE
LABORATORIES, INC., SANDOZ, INC., SANOFI-
SYNTHELABO, INC., SCHERING-PLOUGH CORP., SERONO,
INC., SMITHKLINEBEECHAM CORP. d/b/a
GLAXOSMITHKLINE, TAKEDA PHARMACEUTICALS
NORTH AMERICA, INC., TAP PHARMACEUTICAL
PRODUCTS, INC., TEVA PHARMACEUTICAL INDUSTRIES,
LTD., UDL LABORATORIES, INC., WARRICK
PHARMACEUTICALS CORP., WATSON
PHARMACEUTICALS, INC., WATSON PHARMA, INC., and
WYETH.

    Defendants.

JUDGE JONES

04 CV 06054

INDEX No.

JURY TRIAL
REQUESTED



RECEIVED
AUG 0 4 2004
U.S.D.C. S.D. N.Y.
CASHIERS

**COMPLAINT**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE CITY OF NEW YORK | x | |
| | : | |
| Plaintiff, | : | |
| | : | 04 CV 6054 (BSJ) |
| - against - | : | |
| | : | |
| ABBOTT LABORATORIES, INC., ALCON | : | |
| LABORATORIES, INC., ALLERGAN, INC., | : | |
| ALPHAMARA INC., et al. | : | **ACCEPTANCE OF SERVICE** |
| | : | |
| Defendants. | x | |

I, Toni-Ann Citera, Esq., attorney for defendant **Abbott Laboratories, Inc.**, in

the above-captioned matter, hereby accept service of the Summons and Complaint in this

action.

Date: 8/20/04

_____
Toni-Ann Citera, Esq.
Jones Day
222 East 41st Street
New York, NY 10017-6702

*Attorney for Defendants **Abbott Laboratories, Inc.***

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF NEW YORK | x<br>:<br>: |
| Plaintiff, | :<br>: |
| - against - | :<br>: |
| ABBOTT LABORATORIES, INC., ALCON<br>LABORATORIES, INC., ALLERGAN, INC.,<br>ALPHAMARA INC., et al. | :<br>:<br>:<br>: |
| Defendants. | :<br>:<br>x |

04 CV 6054 (BSJ)

**ACCEPTANCE OF SERVICE**

     I, Joseph H. Young, Esq., attorney for defendant Amgen Inc. in the above-

captioned matter, hereby accept service of the Summons and Complaint in this action.

Date: _____

                                 _____
                                 Joseph H. Young, Esq.
                                 Hogan & Hartson, LLP
                                 111 S. Calvert Street, Suite 1600
                                 Baltimore, MD 21202
                                 410-659-2700 (phone)
                                 410-539-6981 (fax)

                                 *Attorney for Defendant Amgen Inc.*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF NEW YORK x<br>:<br>Plaintiff, :<br>:<br>- against - :<br>:<br>ABBOTT LABORATORIES, INC., ALCON :<br>LABORATORIES, INC., ALLERGAN, INC., :<br>ALPHAMARA INC., et al. :<br>:<br>Defendants. x | 04 CV 6054 (BSJ)<br><br><br>**ACCEPTANCE OF SERVICE** |

I, Kimberly D. Harris, Esq., attorney for defendant **Astrazeneca**

**Pharmaceuticals, L.P.** in the above-captioned matter, hereby accept service of the Summons

and Complaint in this action.

Date: 9/9/04

Kimberly D. Harris, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Attorney for Defendant
Astrazeneca Pharmaceuticals, L.P.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF NEW YORK | |
| Plaintiff, | 04 CV 6054 (BSJ) |
| - against - | |
| ABBOTT LABORATORIES, INC., ALCON LABORATORIES, INC. ALLERGAN, INC., ALPHAMARA INC., et al | **ACCEPTANCE OF SERVICE** |
| Defendants. | |

I, Paul S. Schleifman, Esq. Attorney for defendant **Aventis Pharmaceuticals Inc.** and **Dermik Laboratories, Inc.,** in the above-captioned matter, without waiving any of their rights and defenses, hereby accept service of the Summons and Complaint in this action.

8/23/04
_____
Date

Paul S. Schleifman, Esq.
Shook, Hardy & Bacon LLP
Hamilton Square
600 14th Street, NW, Suite 800
Washington, D.C. 20005-2004

*Attorney for Defendants*
***Aventis Pharmaceuticals Inc.***
***and Dermik Laboratories, Inc.***

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF NEW YORK | x |
| | : |
| Plaintiff, | : |
| | : 04 CV 6054 (BSJ) |
| - against - | : |
| | : |
| ABBOTT LABORATORIES, INC., ALCON | : |
| LABORATORIES, INC., ALLERGAN, | : |
| INC., ALPHAMARA INC., et al. | : **ACCEPTANCE OF SERVICE** |
| | : |
| Defendants. | x |

      I, Pamela J. Auerbach, attorney for defendant **Barr Laboratories, Inc.** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action in conjunction with agreement by plaintiff the City of New York that **Barr Laboratories, Inc.**'s time to answer or otherwise respond shall be extended to a date to be agreed upon between defendants and plaintiff, which date shall be between 30-60 days after the ruling on the motion to dismiss the Suffolk Amended Complaint in the litigation pending before Judge Saris in the District of Massachusetts captioned *In re Pharmaceutical Industry Average Wholesale Price Litigation* (MDL 1456).

Date: 3/19/04

                              Pamela J. Auerbach, Esq.
                              Kirkland & Ellis LLP
                              655 Fifteenth Street, N.W.
                              Suite 1200
                              Washington D.C. 20005

                              *Attorney for Defendant Barr Laboratories, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE CITY OF NEW YORK | x | |
| | : | |
| Plaintiff, | : | |
| | : | 04 CV 6054 (BSJ) |
| - against - | : | |
| | : | |
| ABBOTT LABORATORIES, INC., ALCON | : | |
| LABORATORIES, INC., ALLERGAN, INC., | : | |
| ALPHAMARA INC., et al. | : | **ACCEPTANCE OF SERVICE** |
| | : | |
| Defendants. | x | |

I, Richard D. Raskin, Esq., attorney for defendant **Bayer Corporation**, in the above-captioned matter, hereby accept service of the Summons and Complaint in this action.

Date: _9-2-04_                    _Richard S. Raskin_

Richard D. Raskin, Esq.
Sidley, Austin, Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Attorney for Defendant *Bayer Corporation*