**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE CITY OF NEW YORK | x | |
| | : | |
| Plaintiff, | : | |
| | : | 04 CV 6054 (BSJ) |
| - against - | : | |
| | : | |
| ABBOTT LABORATORIES, INC., ALCON | : | |
| LABORATORIES, INC., ALLERGAN, INC., | : | |
| ALPHAMARA INC., et al. | : | **ACCEPTANCE OF SERVICE** |
| | : | |
| Defendants. | x | |

       I, William A. Davis, Esq., attorney for defendant **Eli Lilly and Company** in

the above-captioned matter, hereby accept service of the Summons and Complaint in this

action.

Date: _Aug. 24, 2004_

                           _William A. Davis, Esq._
                           William A. Davis, Esq.
                           Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
                           701 Pennsylvania Avenue, N.W.
                           Washington, D.C. 20004

                           Attorney for Defendant
                           Eli Lilly and Company

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK,<br><br>                                        Plaintiff,<br><br>            - against –<br><br>ABBOTT LABORATORIES, INC., ALCON<br>LABORATORIES, INC., ALLERGAN, INC.,<br>ALPHAMARA INC., et al.,<br><br>                                        Defendants. | 04 CV 6054 9BSJ)<br><br><br><br>**ACCEPTANCE OF SERVICE** |

I, Thomas J. Sweeney, III, one of the attorneys for defendants **Bristol-Myers Squibb Company** and **Oncology Therapeutics Network Corporation**, in the above-captioned matter, hereby accept service of the Summons and Complaint in this action.

Date:    September 2, 2004

Thomas J. Sweeney, III
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Attorney for Defendants
**Bristol-Myers Squibb Company and
Oncology Therapeutics Network
Corporation**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF NEW YORK | x |
| Plaintiff, | : |
| - against - | :    04 CV 6054 (BSJ) |
| ABBOTT LABORATORIES, INC., ALCON LABORATORIES, INC., ALLERGAN, INC., ALPHAMARA INC., et al. | :    **ACCEPTANCE OF SERVICE** |
| Defendants. | x |

      I, Andrew L. Hurst, Esq., attorney for defendants **Fujisawa USA, Inc.** and **Fujisawa**

**Healthcare, Inc.,** in the above-captioned matter, hereby accept service of the Summons and

Complaint in this action.

Date:    _8/26/04_

_Andrew L. Hurst_ (signature)

Andrew L. Hurst, Esq.
Reed Smith LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005

Attorney for Defendants
*Fujisawa USA, Inc.* and *Fujisawa Healthcare, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF NEW YORK | x |
| Plaintiff, | : |
| - against - | : 04 CV 6054 (BSJ) |
| ABBOTT LABORATORIES, INC., ALCON LABORATORIES, INC., ALLERGAN, INC., ALPHAMARA INC., et al. | : **ACCEPTANCE OF SERVICE** |
| Defendants. | x |

I, Christy D. Talley, Esq., attorney for defendants **Genzyme Corporation,**

**Schering-Plough Corporation** and **Warrick Pharmaceuticals Corporation**, in the above-

captioned matter, hereby accept service of the Summons and Complaint in this action.

Date:  _8/31/04_

_Christy D. Talley_

Christy D. Talley, Esq.
Ropes & Gray LLP
One International Plaza
Boston, MA 02110-2624

Attorney for Defendants
*Genzyme Corporation, Schering-Plough Corporation*
and *Warrick Pharmaceuticals Corporation*

# KING & SPALDING LLP

1700 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706
www.kslaw.com

John D. Shakow
Direct Dial: 202/626-5523

jshakow@kslaw.com

August 23, 2004

**VIA FACSIMILE: (212) 751-2540**

James P. Carroll Jr.
KIRBY MCINERNEY & SQUIRE, LLP
830 Third Avenue
New York, NY 10022

> **Re:** *City of New York v. Abbott Laboratories, Inc. et al.*

Dear Jim:

King & Spalding LLP will accept service in the *City of New York* case on behalf of our clients, Hoffmann-La Roche Inc. ("Roche") and Roche Labs, at the above address. Roche and Roche Labs will therefore be parties to the stipulation as communicated to Kimberly Harris last week, extending the date by which they must respond to or answer the complaint to 60 days after Judge Saris' opinion on the *County of Suffolk* motion to dismiss is posted on Verilaw.

If you have any questions, please give me a call at 202-626-5523.

Sincerely,

John D. Shakow

ATLANTA • HOUSTON • LONDON • NEW YORK • WASHINGTON, D.C.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF NEW YORK | x |
| | : |
| Plaintiff, | : |
| | : 04 CV 6054 (BSJ) |
| - against - | : |
| | : |
| ABBOTT LABORATORIES, INC., ALCON | : |
| LABORATORIES, INC., ALLERGAN, INC., | : |
| ALPHAMARA INC., et al. | : **ACCEPTANCE OF SERVICE** |
| | : |
| Defendants. | x |

I, Zoe Philippides, Esq., attorney for defendant **Immunex Corporation** in the

above-captioned matter, hereby accept service of the Summons and Complaint in this action.

Date: _August 20, 2004_

Zoe Philippides, Esq.
Perkins Coie
1201 Third Avenue
Suite 4800
Seattle, WA 98101

Attorney for Defendant
Immunex Corporation

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE CITY OF NEW YORK | x | |
| | : | |
| Plaintiff, | : | |
| | : | 04 CV 6054 (BSJ) |
| - against - | : | |
| | : | |
| ABBOTT LABORATORIES, INC., ALCON | : | |
| LABORATORIES, INC., ALLERGAN, INC., | : | |
| ALPHAMARA INC., et al. | : | **ACCEPTANCE OF SERVICE** |
| | : | |
| Defendants. | x | |

I, Bruce A. Wessel, Esq., attorney for defendant **Ivax Corporation** and **Ivax Pharmaceuticals, Inc.,** in the above-captioned matter, hereby accept service of the Summons and Complaint in this action.

Date: _9/10/2004_        _____

Bruce A. Wessel, Esq.
Irell & Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4267

*Attorney for Defendants **Ivax Corporation**
and **Ivax Pharmaceuticals, Inc.***

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE CITY OF NEW YORK | x | |
| | : | |
| Plaintiff, | : | |
| | : | 04 CV 6054 (BSJ) |
| - against - | : | |
| | : | |
| ABBOTT LABORATORIES, INC., ALCON | : | |
| LABORATORIES, INC., ALLERGAN, INC., | : | |
| ALPHAMARA INC., et al. | : | **ACCEPTANCE OF SERVICE** |
| | : | |
| Defendants. | x | |

I, Andrew D. Schau, Esq., attorney for defendants **Johnson & Johnson**, **Janssen Pharmaceutica Products LP**, **McNeil-PPC, Inc.**, **Ortho Biotech Products LP** and **Ortho-McNeil Pharmaceutical, Inc.**, in the above-captioned matter, hereby accept service of the Summons and Complaint in this action.

Date: __9/01/04__

_____
Andrew D. Schau, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Attorney for Defendants *Johnson & Johnson*
*Janssen Pharmaceutica Products LP,*
*McNeil-PPC, Inc.*, *Ortho Biotech Products LP* and
*Ortho-McNeil Pharmaceutical, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF NEW YORK | x |
| | : |
| Plaintiff, | : |
| | : 04 CV 6054 (BSJ) |
| - against - | : |
| | : |
| ABBOTT LABORATORIES, INC., ALCON | : |
| LABORATORIES, INC., ALLERGAN, INC., | : |
| ALPHAMARA INC., et al. | : **ACCEPTANCE OF SERVICE** |
| | : |
| Defendants. | x |

I, James V. Hayes, Esq., attorney for defendant **MedImmune, Inc.** in the

above-captioned matter, hereby accept service of the Summons and Complaint in this action.

Date: _08/19/04_ _____

_James V. Hayes_

James V. Hayes, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorney for Defendant
MedImmune, Inc.

# Hughes Hubbard & Reed LLP

1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: 202-721-4600
Facsimile: 202-721-4646

John M. Townsend
Direct Dial: 202-721-4640
E-mail: townsend@hugheshubbard.com

By Telecopier

August 26, 2004

James P. Carroll, Esq.
Kirby, McInerney & Squire, LLP
830 Third Avenue
10th Floor
New York, NY 10022

       Re:    *The City of New York v. Abbott Laboratories, Inc., et al.*
               No. 04-CV-6054 (BSJ)

Dear Mr. Carroll:

This letter will confirm that Hughes Hubbard & Reed LLP received and has accepted service of the complaint in the above-referenced action on behalf of defendant Merck & Co., Inc., on August 23, 2004.

We accepted service on the understanding that you have agreed to extend Merck's time to answer or otherwise respond to the complaint until 60 days after the decision by Judge Saris on the pending motion to dismiss the amended complaint in *County of Suffolk v. Abbott Laboratories, Inc. et al.*, No. 03-10643-PBS in MDL No. 1456. I understand that a stipulation is being prepared to document this agreement on behalf of a number of other defendants as well as Merck.

Sincerely yours,

*John M. Townsend*

cc:    Stephen J. Cipolla, Esq.
        Kimberly Harris, Esq.

DC 538560_1

One Battery Park Plaza
New York, NY
10004-1482
212-837-6000

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

350 South Grand Avenue
Los Angeles, CA
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, FL
33131-4332
305-358-1666

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

THE CITY OF NEW YORK,                    :        04 CV 6054 (BSJ)

                   Plaintiff,       :

       - against -                       :

ABBOTT LABORATORIES, INC., ALCON         :        **FED. R. CIV. P. 4(D)**
LABORATORIES, INC., ALLERGAN, INC.,               **<u>WAIVER OF SERVICE</u>**
ALPHAMARA INC, et al.,                   :

              Defendants.      :

-----------------------------------------------------------------x

       I, Jane W. Parver, attorney for defendant **Novartis Pharmaceuticals**

**Corporation** in the above-captioned matter, hereby waive service of the Summons and

Complaint in this action pursuant to Fed. R. Civ. P. 4(d).

Date: August 23, 2004

                             Jane W. Parver
                             Kaye Scholer LLP
                             425 Park Avenue
                             New York, NY 10022

                             Attorney for Defendant
                             Novartis Pharmaceutical Corporation

30937676.DOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

THE CITY OF NEW YORK,                    :        04 CV 6054 (BSJ)

                         Plaintiff,       :

             - against -                  :

                                                  **FED. R. CIV. P. 4(D)**
ABBOTT LABORATORIES, INC., ALCON          :       **WAIVER OF SERVICE**
LABORATORIES, INC., ALLERGAN, INC.,
ALPHAMARA INC, et al.,                    :

                         Defendants.      :

-------------------------------------------------------------x

I, Jane W. Parver, attorney for defendant **Novartis Pharmaceuticals**

**Corporation** in the above-captioned matter, hereby waive service of the Summons and

Complaint in this action pursuant to Fed. R. Civ. P. 4(d).


Date: August 23, 2004

                                          Jane W. Parver
                                          Kaye Scholer LLP
                                          425 Park Avenue
                                          New York, NY 10022

                                          Attorney for Defendant
                                          Novartis Pharmaceutical Corporation

30937676.DOC

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE CITY OF NEW YORK | x | |
| | : | |
| Plaintiff, | : | |
| | : | 04 CV 6054 (BSJ) |
| - against - | : | |
| | : | |
| ABBOTT LABORATORIES, INC., ALCON | : | |
| LABORATORIES, INC., ALLERGAN, INC., | : | |
| ALPHAMARA INC., et al. | : | **ACCEPTANCE OF SERVICE** |
| | : | |
| Defendants. | x | |

I, Catherine K. Levy, Esq., attorney for defendant **Par Pharmaceuticals, Inc.,** in the

above-captioned matter, hereby accept service of the Summons and Complaint in this action.


Date:  8/24/04                    CKLevy

Catherine K. Levy, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005

Attorney for Defendant *Par Pharmaceuticals, Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED

AUG 2 0 2004

LORI A. SCHECHTER

| | | |
|---|---|---|
| THE CITY OF NEW YORK | x | |
| | : | |
| Plaintiff, | : | |
| | : | 04 CV 6054 (BSJ) |
| - against - | : | |
| | : | |
| ABBOTT LABORATORIES, INC., ALCON | : | |
| LABORATORIES, INC., ALLERGAN, INC., | : | |
| ALPHAMARA INC., et al. | : | **ACCEPTANCE OF SERVICE** |
| | : | |
| Defendants. | x | |

       I, Lori A. Schechter, Esq., attorney for defendant **Purdue Pharma, LP** in the

above-captioned matter, hereby accept service of the Summons and Complaint in this action in

conjunction with agreement by plaintiff the City of New York that **Purdue Pharma, LP's**

time to answer or otherwise respond shall be extended to a date to be agreed upon between

defendants and plaintiff, which date shall be between 30-60 days after the ruling on the motion

to dismiss the Suffolk Amended Complaint in the litigation pending before Judge Saris in the

District of Massachusetts captioned *In re Pharmaceutical Industry Average Wholesale Price*

*Litigation* (MDL 1456).

Date: ___8 / 23 / 04___            _____

                                Lori A. Schechter, Esq.
                                Morrison & Forester LLP
                                425 Market Street
                                San Francisco, CA 94105

                                *Attorney for Defendant **Purdue Pharma, LP***

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE CITY OF NEW YORK | x | |
| | : | |
| Plaintiff, | : | |
| | : | 04 CV 6054 (BSJ) |
| - against - | : | |
| | : | |
| ABBOTT LABORATORIES, INC., ALCON | : | |
| LABORATORIES, INC., ALLERGAN, INC., | : | |
| ALPHAMARA INC., et al. | : | **ACCEPTANCE OF SERVICE** |
| | : | |
| Defendants. | x | |

I, John D. Shakow, Esq., attorney for defendant **Sanofi-Synthelabo, Inc.,** in the

above-captioned matter, hereby accept service of the Summons and Complaint in this action.

Date: _8/24/04_

John D. Shakow, Esq.
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-47065

Attorney for Defendant *Sanofi-Synthelabo, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE CITY OF NEW YORK | x | |
| | : | |
| Plaintiff, | : | |
| | : | 04 CV 6054 (BSJ) |
| - against - | : | |
| | : | |
| ABBOTT LABORATORIES, INC., ALCON | : | |
| LABORATORIES, INC., ALLERGAN, INC., | : | |
| ALPHAMARA INC., et al. | : | **ACCEPTANCE OF SERVICE** |
| | : | |
| Defendants. | x | |

I, Daniel E. Reidy, Esq., attorney for defendant **TAP Pharmaceuticals**

**Products** in the above-captioned matter, hereby accept service of the Summons and Complaint

in this action.

Date: _8-18-04_

Daniel E. Reidy, Esq.
Jones Day
77 West Wacker Drive
Chicago, IL 60601

Attorney for Defendant
TAP Pharmaceuticals Products

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF NEW YORK    x | |
| :   | |
| Plaintiff,   : | |
| :   | 04 CV 6054 (BSJ) |
| - against -   : | |
| :   | |
| ABBOTT LABORATORIES, INC., ALCON   : | |
| LABORATORIES, INC., ALLERGAN, INC.,   : | |
| ALPHAMARA INC., et al.   : | **ACCEPTANCE OF SERVICE** |
| :   | |
| Defendants.   x | |

I, Kelly J. Davidson, Esq., attorney for defendant **Wyeth**, in the above-captioned

matter, hereby accept service of the Summons and Complaint in this action.

Date: _9/2/04_          _Kelly J. Davidson_
                        Kelly J. Davidson, Esq.
                        Ober, Kaler, Grimes & Shriver
                        120 East Baltimore Street
                        Baltimore, MD 21202

                        Attorney for Defendant *Wyeth*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THE CITY OF NEW YORK

                    Index No. *04 CV 0614*

                Plaintiff

          V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.


                Defendants
-----------------------------------------------------------------x
STATE OF CALIFORNIA      )
                          ) ss.:
COUNTY *Los Angeles* )


     *RENDELL G. HEADCOCK* being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of California.


     On *AUGUST*, *26TH*, 2004 approximately *9:20* a.m. at 2525 Dupont Drive,

Irvine, CA 92612, deponent served the within Summons in a Civil Case and Complaint upon **Allergan**

**Inc.**, by delivering to and leaving with (PERSON SERVED) *CHRIS GTARBER* (TITLE)

*AUTHORIZED AGENT*, a true and correct copy of said document. At the time of said service, (PERSON

SERVED) *CHRIS GTARBER* stated that __ he was duly authorized to accept service

of legal process for Allergan Inc.

     (PERSON SERVED) *CHRIS GTARBER* is described as a *CAUC* *FE* male,

approximately *50* years of age, *180* lbs., *5'10"* tall, with *BLONDE* hair and (OTHER FEATURES)

_____

                    _____
                    (PROCESS SERVER'S SIGNATURE)


Sworn to before me this
*31* day of August, 2004

_____
Notary Public



BEVERLY LAZARUS
Commission # 1301153
Notary Public - California
Los Angeles County
My Comm. Expires Apr 17, 2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

THE CITY OF NEW YORK

Index No. 03 CV 7055

Plaintiff

V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.

Defendants

------------------------------------------------------------------x

STATE OF TEXAS        )
                      ) ss.:
COUNTY OF             )

_Michael Northrop_ being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of Texas.

On _August , 26th_, 2004 approximately _4:30 p_.m. at 6201 S. Freeway,

(T1-3), Forth Worth, TX 76115, deponent served the within Summons in a Civil Case and Complaint

upon Alcon Laboratories, by delivering to and leaving with (PERSON SERVED)

_Stephen Wilson_ .(TITLE) _Assistant General counsel_ a true and correct copy of said document.

At the time of said service, (PERSON SERVED) _Stephen Wilson_ stated that _ he

was duly authorized to accept service of legal process for Alcon Laboratories.

(PERSON SERVED) _Stephen Wilson_ is described as a _White_ male,

approximately _35_ years of age, _185_ lbs., _5'11"_ tall, with _brown_ hair and (OTHER FEATURES)

_____

_Michael Northrop_

(PROCESS SERVER'S SIGNATURE)

Sworn to before me this
_9th_ day of August, 2004

_Steven Skinner_
Notary Public





STEVEN CRAIG SKINNER
MY COMMISSION EXPIRES
October 31, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

THE CITY OF NEW YORK

                                  Index No. 04 CV 06054

                 Plaintiff

      V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.


                    Defendants
-------------------------------------------------------------------x

STATE OF NEW YORK)
                ) ss.:
COUNTY QUEENS  )


      Andrew Bartley, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of New York.


      On Friday, August 27, 2004 approximately 12:40 p.m. at One Executive Drive,

Fort Lee, NJ 07024, deponent served the within Summons in a Civil Case and Complaint upon

Alpharma, Inc., by delivering to and leaving with Karen Sheehan, Senior Counsel, Corporate and

Employment Affairs, a true and correct copy of said document. At the time of said service,

Karen Sheehan, stated that she was duly authorized to accept service of legal process for

Alpharma, Inc.


      Karen Sheehan is described as a White female, approximately 27-33 years of age, 135-

140 lbs., 5' 4"-5'5" tall, with brown hair.

                                    _____
                                      Andrew Bartley


Sworn to before me this
30th day of August, 2004

_____
Notary Public

**KARLENE S. JACKSON**
Notary Public
State of New York, #01JA5083169
Qualified in Kings County
Commission Expires August 4, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

THE CITY OF NEW YORK

                           Index No. 04CV 06054

           Plaintiff

      V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.

                Defendants
--------------------------------------------------------------------x

STATE OF FLORIDA   )
                ) ss.:
COUNTY MIAMI-DADE )

        _HASSAN ALI_____, being duly sworn deposes and says that: deponent is not

a party to this action, and is over 18 years of age and is a resident of the State of Florida.

        On Wednesday, August 25, 2004 approximately 1:25 p.m. at 8151 Peters Road,

Plantation, Fl. 33324,  deponent served the within Summons in a Civil Case and Complaint upon

Andrx Corporation by delivering to and leaving with Karina Dewind, a Paralegal, a true and

correct copy of said document. At the time of said service, Karina Dewind stated that she was

duly authorized to accept service of legal process on behalf of Andrx Corporation.

        Karina Dewind is described as a _Black_    female, approximately

_5' 11"_ tall, _130_ to _140_ lbs, _20_ to _25_ years of age,

(other features) _WEARS GLASSES AN HAS BLACK HAIR_____

                     _Hassan Ali_____
                    (PROCESS SERVER'S SIGNATURE)

Sworn to before me this
_27_ day of August, 2004

_____
Notary Public