UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THE CITY OF NEW YORK

        Index No. 04CV06654   ORIGINAL

      Plaintiff

   V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.


       Defendants
-------------------------------------------------------------------x
STATE OF OHIO    )
          ) ss.:
COUNTY OF SUMMIT  )


    ___JOE KUZNASKY___, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of Ohio.



    On ___AUGUST, 24___, 2004 approximately _4:25_.m. at 300 Northfield Road,

Bedford, OH 44146, deponent served the within Summons in a Civil Case and Complaint upon **Ben

Venue Laboratories, Inc.**, by delivering to and leaving with (PERSON SERVED)

__GARY PRICE___(TITLE)_TREASURER/ASS-ISTANT SECRETARY_, a true and correct copy of said document.

At the time of said service, (PERSON SERVED) ___GARY PRICE___ stated that __he

was duly authorized to accept service of legal process for Ben Venue Laboratories, Inc.

    (PERSON SERVED) _GARY PRICE_ is described as a _CAUCASIAN_ male,

approximately _50_ years of age, _235_ lbs., _5'8"_ tall, with _GREYING_ hair and (OTHER FEATURES)

_____

                   _____
            (PROCESS SERVER'S SIGNATURE)
              JOE KUZNASKY

Sworn to before me this

___ day of August, 2004

_____
Notary Public

**THE CITY OF NEW YORK**

Plaintiff(s), Petitioner(s)

*against*

**ABBOTT LABORATORIES, AGOURON PHARMACEUTICALS, INC., ET AL**

Defendant(s), Respondent(s)

CLIENT: Preemptive Process Servers, Inc.

INDEX NO.: 04 CV 06054

DATE OF FILING: 8/4/2004

# AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Christine Foran being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in East Hartford, CT.

Furthermore, that on **August 23, 2004 at 1:50 PM at c/o CT Corporation, One Commercial Plaza, Hartford, CT ,** deponent served the **Summons In A Civil Action; Complaint With Jury Trial Demand** upon **Boehringer Ingelheim Corp.**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action; Complaint With Jury Trial Demand** with **Mary Foran** a person who is known to be the **Information Specialist** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action; Complaint With Jury Trial Demand**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **White** Hair: **Brown** Age(Approx): **36-50** Height(Approx): **5'4" - 5'8"** Weight(Approx): **131-160lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Christine Foran, Private Process Server

Sworn to before me on August 23, 2004

Notary Public
My Commission Expires: 08/31/2004



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

THE CITY OF NEW YORK                          *04CV0054*

                                        Index No. ~~03 CV 7055~~

                    Plaintiff

            V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.


                    Defendants

------------------------------------------------------------x

STATE OF CALIFORNIA          )
                             ) ss.:
COUNTY OF SAN FRANCISCO )


_____LINDA YOUNG_____, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of California.


On _SATURDAY_, _September 4_, 2004 approximately _3:04_ p..m. at 2751 Napa Valley

Corporate Drive, Napa, CA 94551, deponent served the within Summons in a Civil Case and Complaint

upon Dey Inc., by delivering to and leaving with (PERSON SERVED)

_TAMI McCARTHY_____,(TITLE) _____, a true and correct copy of said document.

At the time of said service, (PERSON SERVED) ___TAMI McCARTHY_____ stated that _s_ he

was duly authorized to accept service of legal process for Dey Inc.

        (PERSON SERVED) _TAMI McCARTHY_ is described as a _Hispanic_ _fe_male,

approximately _40_ years of age, _150_ lbs., _5'5_ " tall, with _brown_ hair and (OTHER FEATURES)

_____

                              _____
                              (PROCESS SERVER'S SIGNATURE)


Sworn to before me this
_8th_ day of ~~August~~ 200_
    September

_____
Notary Public

JERRY TOPOLOS
COMM. #1508404
NOTARY PUBLIC • CALIFORNIA
SAN FRANCISCO COUNTY
Comm. Exp. AUG. 17, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

THE CITY OF NEW YORK

Index No. 04 CV 06054

Plaintiff

V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.

Defendants
-----------------------------------------------------------------------x

STATE OF NEW YORK)
                 ) ss.:
COUNTY QUEENS   )

Andrew Bartley, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of New York.

On Friday, August 27, 2004 approximately 2:20 p.m. at 500 Frank W. Burr Blvd.,

5th Fl., Teaneck, NJ 07666, deponent served the within Summons in a Civil Case and Complaint

upon Eisai Inc., by delivering to and leaving with Mark Lurie, Assistant General Counsel, a true

and correct copy of said document. At the time of said service, Mark Lurie stated that he was

duly authorized to accept service of legal process on behalf of Eisai Inc.

Mark Lurie is described as a White male, approximately 51-62 years of age, 180-190

lbs., 5' 5"-5'6" tall, graying black hair and wears glasses.

_____
                Andrew Bartley

Sworn to before me this
30th day of August, 2004

_____
Notary Public

**KARLENE S. JACKSON**
Notary Public
State of New York, #01JA5083169
Qualified in Kings County
Commission Expires August 4, 20O5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
THE CITY OF NEW YORK

Index No. _O4CVO6054_

        Plaintiff

     V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.

        Defendants
----------------------------------------------------------------x
STATE OF PENNSYLVANIA)
            ) ss.:
COUNTY          )

   _Gerald DXCUK_ , being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of Pennsylvania.

   On _August, 24_ , 2004 approximately _10:40_ /m. at 100 Painters Drive,

Chadds Ford, PA 19317, deponent served the within Summons in a Civil Case and Complaint upon **Endo**

**Pharmaceuticals, Inc.,** by delivering to and leaving with (PERSON SERVED)

_Tanya Edward_(TITLE) _Sr Staff Atty_, a true and correct copy of said document.

At the time of said service, (PERSON SERVED) _Tanya Edmonds_ stated that S he

was duly authorized to accept service of legal process for Endo Pharmaceuticals Inc.

   (PERSON SERVED) _Tanya Edmonds_ is described as a _White Fe_male,

approximately _35_ years of age, _120_ lbs. _5' 6_ tall, with _Brn_ hair and (OTHER FEATURES)

_____

                      _____
                         (PROCESS SERVER'S SIGNATURE)

Sworn to before me this
_24th_ day of August, 2004

Notary Public
MY COMMISSION EXPIRES
JUNE 1, 2008

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

THE CITY OF NEW YORK                                    *04 - 06054*

                                        Index No. 03 CV 7055

                      Plaintiff

           V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.


                      Defendants
------------------------------------------------------------------x

STATE OF MISSOURI          )
                           ) ss.:
COUNTY OF _JEFFERSON_ )


        _Bob Schulte_ being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of Missouri.

                    _mon._

On _Aug . 23_ , 2004 approximately _10:30_ _AM_ m. at 2503 South Hanley,

Road, St. Louis, MO 63144, deponent served the within Summons in a Civil Case and Complaint upon

Ethex Corporation, by delivering to and leaving with (PERSON SERVED)

_Sue Phillips_ (TITLE) _Attorney Legal Dept._ a true and correct copy of said document.

At the time of said service, (PERSON SERVED) _Above_ stated that _She_

was duly authorized to accept service of legal process for Ethex Corporation.

           (PERSON SERVED) _Phillips_ is described as a _W/F_ male,

approximately _45_ years of age, _130_ lbs., _'_" tall, with _Brn_ hair and (OTHER FEATURES)

_____

**LIBERTY KING**
Notary Public - State of Missouri
County of Jefferson
My Commission Expires Aug. 26, 2005

                              _Bob Schulte_
                         (PROCESS SERVER'S SIGNATURE)


Sworn to before me this
_23rd_ day of August, 2004


_Liberty King_
Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

THE CITY OF NEW YORK

Index No. 04 CV 06054

Plaintiff

V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.

Defendants
------------------------------------------------------------------x

STATE OF NEW YORK)
             ) ss.:
COUNTY QUEENS   )

Eisha Griffiths, being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

On Wednesday, August 25, 2004 approximately 2:11 p.m. at 909 Third Ave., New York, New York 10022, deponent served the within Summons in a Civil Case and Complaint upon Forest Laboratories, Inc., by delivering to and leaving with Schyvonne Simon, Executive Assistant, a true and correct copy of said document. At the time of said service, Schyvonne Simon stated that she was duly authorized to accept service of legal process on behalf of Forest Laboratories.

Schyvonne Simon is described as a Black female, approximately 28-30 years of age, 150-155 lbs., 5' 4"-5'5" tall, with black hair.

_____
Eisha Griffiths

Sworn to before me this
30th day of August, 2004

_____
Notary Public

**KARLENE S. JACKSON**
Notary Public
State of New York, #01JAS083169
Qualified in Kings County
Commission Expires August 4, 200?

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

THE CITY OF NEW YORK                              AFFIDAVIT OF SERVICE
                                                  Index No. 04 CV 06054

                        Plaintiff

            V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.


                        Defendants
-----------------------------------------------------------------x
STATE OF ILLINOIS                )
                              ) ss.:
COUNTY                           )


        Scott Burton, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of Illinois.


        On Tuesday, September 7, 2004 approximately 1:05 p.m. at Three Parkway

North, Deerfield, IL 60015, deponent served the within Summons in a Civil Case and Complaint

upon Fujisawa USA, Inc., by delivering to and leaving with Maureen McShane, Assistant

General Counsel, a true and correct copy of said document. At the time of said service, Maureen

McShane stated that she was duly authorized to accept service of legal process for Fujisawa

USA, Inc.

        Maureen McShane is described as a White female, approximately 45 years of

age, 120 lbs., 5' 5" tall, with brown hair and wears glasses.


                                        _____
                                             Scott Burton


Sworn to before me this
7th day of September, 2004

_____
Notary Public

```
OFFICIAL SEAL
HEATHER M LANGE
NOTARY PUBLIC   STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/04/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
THE CITY OF NEW YORK

                          Index No. 04 CV 06054

              Plaintiff


       V.


ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.


                 Defendants
------------------------------------------------------------------------x
STATE OF NEW YORK)
            ) ss.:
COUNTY QUEENS   )


        Andrew Bartley, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of New York.


        On Friday, August 27, 2004 approximately 1:21 p.m. at 340 Kingsland Street,

Nutley, NJ 07110, deponent served the within Summons in a Civil Case and Complaint upon

Hoffman-La Roche, Inc., by delivering to and leaving with Pat Barbieri, Senior Counsel, a true

and correct copy of said document. At the time of said service, Pat Barbieri stated that she was

duly authorized to accept service of legal process on behalf of Hoffman-La Roche, Inc.


        Pat Berbieri is described as a White female, approximately 40-45 years of age, 145-150

lbs., 5' 3"-5'4" tall, (viewed seated), short brown hair and wears glasses.


                                  Andrew Bartley



Sworn to before me this
30th day of August, 2004

Notary Public

**KARLENE S. JACKSON**
Notary Public
State of New York, #01JA5083169
Qualified in Kings County
Commission Expires August 4, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

THE CITY OF NEW YORK                    Index No. 04 C2 06054

                        Plaintiff


          V.


ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.



                        Defendants
-------------------------------------------------------------------x

STATE OF VIRGINIA      )
                       ) ss.:
COUNTY                 )

_____ being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of Virginia.


On _____8/15/04_____, 2004 approximately ____8____ p.m. at 501 Fifth Street,

Bristol, TN 37620, deponent served the within Summons in a Civil Case and Complaint upon King

Pharmaceuticals, Inc., by delivering to and leaving with (PERSON SERVED)

JAMES PETINE_____(TITLE) ____CFO____, a true and correct copy of said document.

At the time of said service, (PERSON SERVED) ___JAMES R. PETINE__ stated that __ he

was duly authorized to accept service of legal process for King Pharmaceuticals Inc.

          (PERSON SERVED) JAMES PETINE is described as a ___white___ male,

approximately 40 years of age 210 lbs. 6 ' " tall, with dark hair and (OTHER FEATURES)

_____

                        _____
                              (PROCESS SERVER'S SIGNATURE)


Sworn to before me this
24th day of August, 2004
          SEPT
_____
Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THE CITY OF NEW YORK

Plaintiff

Index No. *04CV12254*

V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.

Defendants
-------------------------------------------------------------------x
STATE OF PENNSYLVANIA)
                                            ) ss.:
COUNTY                           )

*Colin Bailey* being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of Pennsylvania.

On *August 26*, 2004 approximately *2:15* p.m. at 7050 Camp Hill

Road, Fort Washington, PA 19034, deponent served the within Summons in a Civil Case and Complaint

upon McNeil-PPC, Inc., by delivering to and leaving with (PERSON SERVED)

*Joyce Thompson* (TITLE) *Legal Dept*, a true and correct copy of said document.

At the time of said service, (PERSON SERVED) *Joyce Thompson* stated that *S*he

was duly authorized to accept service of legal process for McNeil-PPC, Inc.

(PERSON SERVED) *Joyce Thompson* is described as a *black female*,

approximately *35* years of age, *160* lbs., *6'1"* tall, with *black* hair and (OTHER FEATURES)
*and glasses*

_____
(PROCESS SERVER'S SIGNATURE)

Sworn to before me this
*26th* day of August, 2004

Notary Public

DACIEN J. MULLEN
MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THE CITY OF NEW YORK                          Index No. _C4CV06654_

               Plaintiff

      V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.


               Defendants
-------------------------------------------------------------------x
STATE OF VIRGINIA     )
               ) ss.:
COUNTY           )

_____, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of Virginia.


On ___8/13/04___, 2004 approximately _8:15_ __.m. at 501 Fifth Street,

Bristol, TN 37620, deponent served the within Summons in a Civil Case and Complaint upon Monarch

Pharmaceuticals, Inc., by delivering to and leaving with (PERSON SERVED)

_James R Poticz_ (TITLE) _CFO_, a true and correct copy of said document.

At the time of said service, (PERSON SERVED) _James R Poticz_ stated that __he

was duly authorized to accept service of legal process for Monarch Pharmaceuticals Inc.

     (PERSON SERVED) _James R Poticz_ is described as a _White_ male,

approximately _40_ years of age, _210_ lbs. _6_ ' _2_ " tall, with _brn_ hair and (OTHER FEATURES)

_____

                       _____
                    (PROCESS SERVER'S SIGNATURE)


Sworn to before me this
7th day of ~~August~~, 2004
     Sept

_____
Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THE CITY OF NEW YORK

                                   Index No.
               Plaintiff                C 4 CV 06054

       V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.

                        Defendants
-------------------------------------------------------------------x
STATE OF PENNSYLVANIA )
                    ) ss.:
COUNTY OF WASHINGTON )

       CARMEN J CICCARELL being duly sworn deposes and says that: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Pennsylvania.

       On AUGUST , 26TH , 2004 approximately 2AU P.m. at 1500 Corporate Drive, Ste. 400, Canonsburg, PA 15317, deponent served the within Summons in a Civil Case and Complaint upon **Mylan Laboratories, Inc.**, by delivering to and leaving with (PERSON SERVED) VICKI POLASKI .(TITLE) LEGAL ASSISTANT , a true and correct copy of said document. At the time of said service, (PERSON SERVED) VICKI POLASKI stated that she was duly authorized to accept service of legal process for Mylan Laboratories Inc.

       (PERSON SERVED) VICKI POLASKI is described as a WHITE FEmale, approximately 55 years of age, 170 lbs., 5'9" tall, with BLOND hair and (OTHER FEATURES)

                                       (PROCESS SERVER'S SIGNATURE)

Sworn to before me this
26th day of August, 2004

Notary Public

Notarial Seal
Robert D. Stauffer, Jr., Notary Public
Penn Hills Twp., Allegheny County
My Commission Expires Oct. 31, 2005
Member, Pennsylvania Association Of Notaries

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

THE CITY OF NEW YORK

              Plaintiff

Index No.

        04 cv 0605A

      V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.

                Defendants
-------------------------------------------------------------------x

STATE OF PENNSYLVANIA )
                 ) ss.:
COUNTY OF WASHINGTON )

       CARMEN J CIRARELY being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of Pennsylvania.

       On  AUGUST  ,  26TH , 2004 approximately  2AE  P.m. at 1500 Corporate

Drive, Ste. 400, Canonsburg, PA 15317, deponent served the within Summons in a Civil Case and

Complaint upon **Mylan Pharmaceuticals, Inc.**, by delivering to and leaving with (PERSON SERVED)

VICKI POLASKI          ,(TITLE) LEGAL ASSISTANT   , a true and correct copy of said document.

At the time of said service, (PERSON SERVED)  VICKI POLASKI          stated that 's he

was duly authorized to accept service of legal process for Mylan Pharmaceuticals, Inc.

       (PERSON SERVED)  VICKI POLASKI   is described as a WHITE FE male,

approximately 55 years of age, 170 lbs., 5'9" tall, with BLUD hair and (OTHER FEATURES)

_____

                       (PROCESS SERVER'S SIGNATURE)

Sworn to before me this
26 day of August, 2004

_____
Notary Public

Notarial Seal
Robert D. Stauffer, Jr., Notary Public
Penn Hills Twp., Allegheny County
My Commission Expires Oct. 31, 2005
Member, Pennsylvania Association Of Notaries

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

THE CITY OF NEW YORK

Index No. _04Cvc6054_

Plaintiff

V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.

Defendants
-------------------------------------------------------------------x

STATE OF NEW JERSEY)
)  ss.:
COUNTY                      )

_Dacon John Mullen_, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of New Jersey.

On _August 23_, 2004 approximately _4:45 pm_. at 100 College Road

West, Princeton, NJ 08540, deponent served the within Summons in a Civil Case and Complaint upon

Nova Nordisk Pharmaceuticals, Inc., by delivering to and leaving with (PERSON SERVED)

_Donna McMann_ (TITLE) _Attorney_, a true and correct copy of said document.

At the time of said service, (PERSON SERVED) _Donna McMahon_ stated that She

was duly authorized to accept service of legal process for Nova Nordisk Teva Pharmaceuticals Inc.

(PERSON SERVED) _Donna McMahon_ is described as a _white F_ male,

approximately _35_ years of age. _115_ lbs. _5'7"_ tall, with _blk_ hair and (OTHER FEATURES)

_____

(PROCESS SERVER'S SIGNATURE)

Sworn to before me this
_23rd_ day of August, 2004

Notary Public
JANET E. MULLEN
MY COMMISSION EXPIRES
MAY 17, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

THE CITY OF NEW YORK

Index No. O4 C V ∞∞54

Plaintiff

V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.

Defendants

------------------------------------------------------------------------x

STATE OF CALIFORNIA          )
                             ) ss.:
COUNTY OF SAN FRANCISCO )

_____ TODD BRENNECK _____, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of California.

On **Thursday**, **August 26**, 2004 approximately **3:30** p.m. at 395 Oyster Point

Blvd., Ste. ~~405~~ **500**, South San Francisco, CA 94080, deponent served the within Summons in a Civil Case

and Complaint upon Oncology Therapeutics Network Corp., by delivering to and leaving with (PERSON

SERVED) **GAIL BOSLAND** .(TITLE) **Authorized to Accept**, a true and correct copy of said

document. At the time of said service, (PERSON SERVED) **GAIL BOSLAND** stated

that ~~s~~he was duly authorized to accept service of legal process for Therapeutics Network Corp.

(PERSON SERVED) **GAIL BOSLAND** is described as a **black** female,

approximately **37** years of age, **135** lbs., **5·6** " tall, with **black** hair and (OTHER FEATURES)

_____

_____
(PROCESS SERVER'S SIGNATURE)

Sworn to before me this
30ᵗ day of August, 2004

JERRY TOPOLOS
COMM. #1508404
NOTARY PUBLIC • CALIFORNIA
SAN FRANCISCO COUNTY
Comm. Exp. AUG. 17, 2008

Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THE CITY OF NEW YORK

           Index No. *04Cv0C054*

      Plaintiff

    V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.

       Defendants
-------------------------------------------------------------------x
STATE OF NEW JERSEY)
        ) ss.:
COUNTY     )

   *Gerald Daouk*, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of New Jersey.

  On *August 23*, 2004 approximately *2:00 p*.m. at 56 Livingston Ave.,

Roseland, NJ 07068, deponent served the within Summons in a Civil Case and Complaint upon **Organon**

**Pharmaceuticals,  USA, Inc.**, by delivering to and leaving with (PERSON SERVED)

*Jonathan Beck*(TITLE) *Legal Counsel*, a true and correct copy of said document.

At the time of said service, (PERSON SERVED) *Jonathan Beck* stated that __he

was duly authorized to accept service of legal process for Organon Pharmaceuticals USA, Inc.

  (PERSON SERVED) *Jonathan Beck* is described as a *White* __male,

approximately *35* years of age, *175* lbs *5' 10"* tall, with *Black* hair and (OTHER FEATURES)

_____

           (PROCESS SERVER'S SIGNATURE)

Sworn to before me this
23rd day of August, 2004

DACIEN J. MULLEN
Notary Public MY COMMISSION EXPIRES
JUNE 1, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

THE CITY OF NEW YORK

Index No. 04 CV 06054

                    Plaintiff


          V.


ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.


                    Defendants
-------------------------------------------------------------------x

STATE OF NEW YORK )
                          ) ss.:
COUNTY QUEENS    )


     Andrew Bartley, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of New York.


     On Friday, August 27, 2004 approximately 12:40 p.m. at One Executive Drive,

Fort Lee, NJ 07024, deponent served the within Summons in a Civil Case and Complaint upon

**Purepac Pharmaceutical Co.**, by delivering to and leaving with Karen Sheehan, Senior Counsel,

Corporate and Employment Affairs, a true and correct copy of said document. At the time of said

service, Karen Sheehan, stated that she was duly authorized to accept service of legal process for

Purepac Pharmaceutical Co.


     Karen Sheehan is described as a White female, approximately 27-33 years of age, 135-

140 lbs., 5' 4"-5'5" tall, with brown hair.

                                                _____
                                                   Andrew Bartley


Sworn to before me this
30th day of August, 2004


_____
Notary Public


**KARLENE S. JACKSON**
Notary Public
State of New York, #01JA5083169
Qualified in Kings County
Commission Expires August 4, 2005

## AFFIDAVIT OF DUE DILIGENCE

**State of NEW YORK**                    **County of**                    **Usdc-So. District Of Court**

Index Number: 04-CV-6054   Court Date: 8/31/2004
Date Filed: _____

Plaintiff:
**CITY OF NEW YORK**
vs.
Defendant:
**ABBOTT LABORATORIES INC., ET AL**

For:
KIRBY, MCINERNEY & SQUIRE, LLP
830 Third Avenue
10th Fl
New York, NY 10022

Received by PREEMPTIVE PROCESS SERVERS to be served on **TEVA PHARMACEUTICAL INDUSTRIES, LTD,
650 CATHILL RD, SELLERSVILLE, PA**.

I, Colin Bailey, being duly sworn, depose and say that on the **26th day of August, 2004** at **3:20 pm, I:**

**DISCONTINUED ATTEMPTING SERVICE** AFTER DUE DILIGENT ATTEMPTS I WAS UNABLE TO SERVE THE
**SUMMONS AND COMPLAINT** FOR THE REASON THAT THE COMPANY WILL NOT ACCEPT PAPERS AT THIS
LOCATION THEREFORE IT WAS  DETERMINED THAT ADDRESS GIVEN IS INCORRECT.

I am over the age of 18 and have no interest in the above action.

**Colin Bailey**
Process Server

Subscribed and Sworn to before me on the 31st day of
August, 2004 by the affiant who is personally known to
me.

NOTARY PUBLIC

**PREEMPTIVE PROCESS SERVERS**
**193-02 120th Avenue**
**St.Albans, NY 11412**
**(718) 341-9960**

Our Job Serial Number: 2004003052
Ref: KMS NYC/ABBOTT

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THE CITY OF NEW YORK

                    Plaintiff

Index No.

CACV CCC5A

      V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.


                   Defendants
-----------------------------------------------------------------x
STATE OF PENNSYLVANIA )
                 ) ss.:
COUNTY OF WASHINGTON )


    CARMEN J CICCARELLI , being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of Pennsylvania.


    On AUGUST , 26TH , 2004 approximately 2AC P.m. at 1500 Corporate

Drive, Ste. 400, Canonsburg, PA 15317, deponent served the within Summons in a Civil Case and

Complaint upon **UDL Laboratories, Inc.**, by delivering to and leaving with (PERSON SERVED)

VICKI POLNSKI .(TITLE) LEGAL ASSISTANT, a true and correct copy of said document.

At the time of said service, (PERSON SERVED) VICKI POLNSKI stated that S_he

was duly authorized to accept service of legal process for UDL Laboratories, Inc.

    (PERSON SERVED) VICKI POLNSKI is described as a b-WITE Female,

approximately 35 years of age, 170 lbs., 5'4" tall, with BLOND hair and (OTHER FEATURES)

_____

                            Carmen Ciccarelli
                          (PROCESS SERVER'S SIGNATURE)


Sworn to before me this
26TH day of August, 2004

_____
Notary Public

Notarial Seal
Robert D. Stauffer, Jr., Notary Public
Penn Hills Twp., Allegheny County
My Commission Expires Oct. 31, 2005
Member, Pennsylvania Association Of Notaries

Notarial Seal
Robert D. Stauffer, Jr., Notary Public
Penn Hills Twp., Allegheny County
My Commission Expires Oct. 31, 2005
Member, Pennsylvania Association Of Notaries

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

THE CITY OF NEW YORK

Index No. 04CV06054

                        Plaintiff

            V.

ABOTT LABARATORIES, INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC., et. al.

                        Defendants
-----------------------------------------------------------------x

STATE OF CALIFORNIA     )
                        ) ss.:
COUNTY _Los Angeles_ )

_Kendell G Headrick_ being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of California.

On _August_, _24TH_, 2004 approximately _8:30_ A..m. at 311 Bonnie Circle,

Corona, CA 92880, deponent served the within Summons in a Civil Case and Complaint upon **Watson**

**Pharmaceuticals, Inc.,** by delivering to and leaving with (PERSON SERVED)

_Charles P. Slacik_ ,(TITLE)_Chief Financial Officer_, a true and correct copy of said document.

At the time of said service, (PERSON SERVED) _Charles P. Slacik_ stated that _he

was duly authorized to accept service of legal process for Watson Pharmaceuticals, Inc.

(PERSON SERVED)_Charles P Slacik_ is described as a _Cauc_ male,

approximately _60_ years of age _205_ lbs., _6'0_ " tall, with _Sandy_ hair and (OTHER FEATURES)

_____

_(PROCESS SERVER'S SIGNATURE)_

Sworn to before me this
_31_ day of August, 2004

_____
Notary Public
_Beverly Lazarus_



BEVERLY LAZARUS
Commission # 1301153
Notary Public - California
Los Angeles County
My Comm. Expires Apr 17, 2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THE CITY OF NEW YORK

Index No. _O4 cvc4eS4_

Plaintiff

V.

ABOTT LABARATORIES. INC., ALCON
LABORATORIES, INC., ALLERGAN, INC.,
ALPHARMA INC.. et. al.


Defendants
------------------------------------------------------------------x
STATE OF CALIFORNIA        )
                           ) ss.:
COUNTY _Los Angeles_ )


_Rendell G Headul_, being duly sworn deposes and says that: deponent is not a party

to this action, and is over 18 years of age and is a resident of the State of California.


On _August_, _24 TH_, 2004 approximately _8:26_ _A_.m. at 311 Bonnie Circle,

Corona, CA 92880, deponent served the within Summons in a Civil Case and Complaint upon **Watson**

**Pharma Inc.**, by delivering to and leaving with (PERSON SERVED)

_Charles P Slacik_ _,(TITLE_ _Chief Financial Officer_ a true and correct copy of said document.

At the time of said service, (PERSON SERVED) _Charles P Slacik_ stated that __ he

was duly authorized to accept service of legal process for Watson Pharma, Inc.

(PERSON SERVED) _Charles P Slacik_ is described as a _Cauc_ male,

approximately _60_ years of age, _203_ lbs., _6 0_ " tall, with _Sandy_ hair and (OTHER FEATURES)

_____

_(PROCESS SERVER'S SIGNATURE)_


Sworn to before me this

_31_ day of August, 2004


_Notary Public_

_Beverly Lazarus_

BEVERLY LAZARUS
Commission # 1301153
Notary Public - California
Los Angeles County
My Comm. Expires Apr 17, 2005